UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HAROLD AUGUSTINE                                       CIVIL ACTION

VERSUS                                                 NUMBER: 06-6757
                                                       c/w 07-1207 & 08-986

WARDEN LYNN COOPER                                     SECTION: "S"(5)


**O R D E R**

The Court, having considered the petitions, the records, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation (Doc. #19), including other objections filed on March 17, 2008 (Doc. #20), on March 26, 2008 (Docs. #22 and 23), on March 24, 2008 (Doc. #24) hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.  Further, the motion for counsel, motion for injunction (Doc. #21) is denied.

Accordingly,

**IT IS ORDERED** that the applications for federal habeas corpus relief of petitioner, Harold Augustine, are **DISMISSED** with prejudice.

New Orleans, Louisiana, this 30th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE